# UNITED STATES DISTRICT COURT

Eastern District of Oklahoma

FILED
OCT 24 2008
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____ Deputy Clerk

MEDIA QUEUE, LLC

V.

NETFLIX, INC.; BLOCKBUSTER, INC.; GAMEFLY, INC.; GREENCINE, LLC; AND GREENCINE HOLDINGS, LLC

**PRAECIPE FOR SUMMONS**

CASE NUMBER: 08-cv-402-KEW

**TO CLERK OF SAID COURT:** You will please issue Summons in the above entitled cause for:

| NAME OF DEFENDANT(S) | ADDRESS | SERVE | SERVICE TO BE MADE BY WHOM AND HOW | DAYS TO ANSWER |
|---|---|---|---|---|
| NETFLIX, INC. | RSA: 115 SW 89TH ST., OKLAHOMA CITY, OK 73139 | SERVICE AGENT | SERVICE WILL BE MADE BY PLAINTIFF BY CERTIFIED MAIL | 20 DAYS |
| BLOCKBUSTER, INC. | RSA: CORPORATION SERVICE COMPANY, 115 SW 89TH STREET OKLAHOMA CITY, OK 73139 | SERVICE AGENT | SERVICE WILL BE MADE BY PLAINTIFF BY CERTIFIED MAIL | 20 DAYS |
| GAMEFLY, INC. | RSA: LEXISNEXIS DOCUMENT SOLUTIONS, INC. 2711 CENTERVILLE RD, STE 400 WILMINGTON, DE 19808 | SERVICE AGENT | SERVICE WILL BE MADE BY PLAINTIFF BY CERTIFIED MAIL | 20 DAYS |
| GAMEFLY, INC. | RSA: NATIONAL REGISTERED AGENTS, INC., 2875 MICHELLE DR., SUITE 100 IRVINE, CA 92606 | SERVICE AGENT | SERVICE WILL BE MADE BY PLAINTIFF BY CERTIFIED MAIL | 20 DAYS |
| GREENCINE, LLC | RSA: NATIONAL REGISTERED AGENTS, INC. 160 GREENTREE DR., STE 101 DOVER, DE 19904 | SERVICE AGENT | SERVICE WILL BE MADE BY PLAINTIFF BY CERTIFIED MAIL | 20 DAYS |
| GREENCINE, LLC | RSA: PHILIP R. GREEN 1000 FOURTH STREET SAN RAFAEL, CA 94901 | SERVICE AGENT | SERVICE WILL BE MADE BY PLAINTIFF BY CERTIFIED MAIL | 20 DAYS |
| GREENCINE HOLDINGS, LLC | RSA: PARACORP INCORPORATED 40 EAST DIVISION, STE A DOVER, DE 19901 | SERVICE AGENT | SERVICE WILL BE MADE BY PLAINTIFF BY CERTIFIED MAIL | 20 DAYS |
| GREENCINE HOLDINGS, LLC | RSA: ANH TRAN 14141 COVELLO ST., STE 1 VAN NUYS, CA 91405 | SERVICE AGENT | SERVICE WILL BE MADE BY PLAINTIFF BY CERTIFIED MAIL | 20 DAYS |

and make the same returnable according to law.

a) **SERVE:**
   Secretary of State:
   Commissioner of Insurance:
   Service Agent; Officer; Partner

b) **DAYS TO ANSWER**
   20 days from date of service
   41 days from date of issuance
   45 to 60 days from date of
     issuance (Out of State)
     Motorists "Long Arm Statute)
   60 days from date of service
     For United States

Patrick D. O'Connor    OBA #6743
ATTORNEY (Type or Print)

_[signature]_
Signature

Moyers, Martin, Santee & Imel, LLP
401 South Boston Ave., Suite 1100
Address

Tulsa, Oklahoma 74103
City & State                              Zip