AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Oklahoma

| | |
|---|---|
| MEDIA QUEUE, LLC ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. CIV 08-402-KEW |
| NETFLIX, INC., BLOCKBUSTER, INC., et al., ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

GREENCINE HOLDINGS, LLC by serving its
registered agent: Paracorp Incorporated
40 East Division St., Suite A
Dover, Delaware 19901

Service By:

Certified Mail
Restricted Delivery
Return Receipt Requested

Issued 10/24/08

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Patrick O'Connor
Moyers, Martin, Santee & Imel, LLP
401 South Boston, Suite 1100
Tulsa, Oklahoma 74103

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: OCT 24 2008

WILLIS
Name of clerk of court

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*