```
Court Name: EASTERN DISTRICT OF OKLAHOMA
Division: 6
Receipt Number: OKE000849
Cashier ID: jab
Transaction Date: 10/24/2008
Payer Name: MOYERS MARTIN SANTEE IMEL
--------------------------------
CIVIL FILING FEE
 For: MEDIA QUEUE, LLC
 Case/Party: D-OKE-6-08-CV-000402-KEW
 Amount:         $350.00
--------------------------------
CHECK
 Check/Money Order Num: 22627
 Amt Tendered: $350.00
--------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


A FEE OF $45 WILL BE ASSESSED ON
ALL RETURNED CHECKS.
```