FILED
OCT 2 4 2008
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

MEDIA QUEUE, LLC,
   An Oklahoma Limited Liability Company

          Plaintiff,

v.

NETFLIX, INC.,
BLOCKBUSTER, INC.,
GAMEFLY, INC.,
GREENCINE, LLC, AND
GREENCINE HOLDINGS, LLC

          Defendants.

Civil Action No. CIV 08-402-KEW

## MOTION FOR ADMISSION PRO HAC VICE OF JASON W. COOK

Counsel for the Plaintiff, Patrick O'Connor, requests that Jason W. Cook be admitted *pro hac vice* to practice in this case under LCvR83.2(g). Attached to this motion is the completed Application for Admission Pro Hac Vice and the required fee has been submitted separately to the Court Clerk's office.

In accordance with LCvR83.3, the undersigned attorney certifies that Jason W. Cook is a member in good standing of the bar of the Supreme Court of the State of Texas.

Respectfully submitted,

_/s/ Patrick O'Connor_____
Patrick D. O'Connor, OBA #6743
pdo@moyersmartin.com
MOYERS, MARTIN, SANTEE & IMEL, LLP
401 South Boston Avenue, Suite 1100
Tulsa, Oklahoma 74103
Telephone: (918) 582-5281
Facsimile: (918) 585-8318

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Media Queue, LLC

vs.                                    Plaintiff(s)        Case No. _____

Netflix, Inc.; Blockbuster, Inc.;
GameFly, Inc.; Greencine, LLC;
and Greencine Holdings, LLC    Defendant(s)

## APPLICATION FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Jason W. Cook

2. State bar membership number: TX - 24028537

3. Business address, telephone and fax numbers: 2200 Ross Ave., Suite 3601, Dallas, Texas 75201
   214-922-3407 (phone)
   214-922-3899 (fax)

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Texas; E.D. Texas; N.D. Texas; S.D. Texas; W.D. Texas

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes   (No)

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes   (No)
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   (Yes)   No

A check for $50 should be made payable to the Clerk, U.S. District Court.
(Government Attorneys are exempted from paying this fee)

DATED this 20th day of October, 2008.

_____
Signature of Applicant