```
                                                                    FILED
IN THE UNITED STATES DISTRICT COURT                                OCT 24 2008
FOR THE EASTERN DISTRICT OF OKLAHOMA                            WILLIAM B. GUTHRIE
                                                              Clerk, U.S. District Court
                                                              By_____
                                                                      Deputy Clerk
```

MEDIA QUEUE, LLC,
   An Oklahoma Limited Liability Company

          Plaintiff,                     Civil Action No. CIV 08-402-KEW

v.

NETFLIX, INC.,
BLOCKBUSTER, INC.,
GAMEFLY, INC.,
GREENCINE, LLC, AND
GREENCINE HOLDINGS, LLC

          Defendants.

## MOTION FOR ADMISSION PRO HAC VICE OF MICHAEL J. NEWTON

    Counsel for the Plaintiff, Patrick O'Connor, requests that Michael J. Newton be admitted *pro hac vice* to practice in this case under LCvR83.2(g). Attached to this motion is the completed Application for Admission Pro Hac Vice and the required fee has been submitted separately to the Court Clerk's office.

    In accordance with LCvR83.3, the undersigned attorney certifies that Michael J. Newton is a member in good standing of the bar of the Supreme Court of the State of Texas.

                                          Respectfully submitted,

                                          /s/ Patrick O'Connor
                                          Patrick D. O'Connor, OBA #6743
                                          pdo@moyersmartin.com
                                          MOYERS, MARTIN, SANTEE & IMEL, LLP
                                          401 South Boston Avenue, Suite 1100
                                          Tulsa, Oklahoma 74103
                                          Telephone: (918) 582-5281
                                          Facsimile: (918) 585-8318

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Media Queue, LLC )
)
)
)
vs.   Plaintiff(s) )   Case No. _____
Netflix, Inc.; Blockbuster, Inc.; GameFly, Inc.; )
Greencine, LLC; and Greencine Holdings LLC )
Defendant(s) )

## APPLICATION FOR ADMISSION PRO HAC VICE

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true and correct:

1. Full name: Michael J. Newton

2. State bar membership number: TX - 24003844; CA - 156225

3. Business address, telephone and fax numbers: Ph 214-922-3400 Fax 214-922-3899
   2200 Ross Ave, Ste 3600
   Dallas, TX. 75201

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: Texas, California, N.D. Texas, E.D. Texas, N.D. Cal, S.D. Cal, C.D. Cal, p.Col.,

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes   (No)

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes   (No)
   (Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?   (Yes)   No

A check for $50 should be made payable to the Clerk, U.S. District Court.
(Government Attorneys are exempted from paying this fee)

DATED this 20th day of October, 2008.

_____
Signature of Applicant