```
Court Name: EASTERN DISTRICT OF OKLAHOMA
Division: 6
Receipt Number: OKE000850
Cashier ID: jab
Transaction Date: 10/24/2008
Payer Name: ALSTON BIRD
--------------------------------
PRO HAC VICE
 For: MICHAEL NEWTON, JASON COOK
 Case/Party: D-OKE-6-08-LB-000123-001
 Amount:         $50.00
PRO HAC VICE
 For: MICHAEL NEWTON, JASON COOK
 Case/Party: D-OKE-6-08-LB-000123-001
 Amount:         $50.00
--------------------------------
CHECK
 Check/Money Order Num: 1048
 Amt Tendered:  $100.00
--------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

08cv402-KEW


A FEE OF $45 WILL BE ASSESSED ON
ALL RETURNED CHECKS.
```